IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.           CASE NO. 4:09CR00188 BSM
             CASE NO. 4:11CV00783 BSM

TONY RAY FERGUSON                                                     DEFENDANT

## ORDER

Tony Ray Ferguson's amended and original motions to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [Doc. Nos. 37, 29] are denied.

Section 2255 requires a prompt hearing unless the motion, the files, and the records of the case conclusively show that the prisoner is not entitled to relief. 28 U.S.C. § 2255 (2008). Here, the motion and record conclusively show that Ferguson is not entitled to relief, and his amended and original motions [Doc. Nos. 37, 29] are therefore denied.

IT IS SO ORDERED this 10th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE